# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __NEW YORK__

ORDER AND AMENDED JUDGMENT REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

UNITED STATES OF AMERICA

V.

CEDRIC JAMES

Date of Previous Judgment: __December 7, 2007__
(Use Date of Last Amended Judgment if Applicable)

Case Number: __1:06-cr-283-001 (DNH)__
USM Number: __13663-052__
__Pro Se__
Defendant's Attorney

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
DEC 1 2 2008
LAWRENCE K. BAERMAN, CLERK
UTICA

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☒ **DENIED**     ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __ months **is reduced to** ___ **months**.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: __30__            Amended Offense Level: ___
Criminal History Category: __VI__          Criminal History Category: ___
Previous Guideline Range: __168__ to __210__ months    Amended Guideline Range: ___ to ___ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (**explain**):
_____
_____

## III. ADDITIONAL COMMENTS
Defendant's original sentence reflected the November 1, 2007 change set forth in crack Guideline Amendment 706, therefore he is not eligible for a reduction in sentence.

All provisions of the judgment dated __December 7, 2007__ shall remain in effect.

**IT IS SO ORDERED.**

__December 12, 2008__
Order Date

_____
Effective Date (if different from order date)

David N. Hurd
District Judge